192 So.2d 372

**Ocia SMITH**

v.

**ILLINOIS CENTRAL RAILROAD COMPANY.**

No. 48476.

Dec. 12, 1966.

In re: Ocia Smith applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Bossier. 191 So.2d 193.

Not considered. The delay allowed by the Constitution for filing this application had expired when the application was filed.

192 So.2d 372

**KIRKEBY–NATUS CORPORATION**

v.

**William T. CAMPBELL.**

No. 48467.

Dec. 12, 1966.

In re: William T. Campbell applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 192 So.2d 167.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.